UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNIFER MIZRAHI, on behalf of herself and all others similarly situated,

              Plaintiffs,

-against-

NORTHLAND GROUP, INC.

              Defendant.

Case No. 1:17-cv-02785-RJD-RML

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice; without costs, or disbursements, or attorneys' fees to any party.

We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated:    Brooklyn, New York
            May 19, 2017

*So Ordered.*

S/ Raymond J. Dearie
5/23/17

Respectfully submitted,

By:  /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
337 Avenue W, Suite 2f
Brooklyn, New York 11223
Phone:    (347) 927-4529
Facsimile: (347) 665-1545
*Attorney for Plaintiff*

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  MAY 23 2017  ★

BROOKLYN OFFICE